

# THE THIRTEENTH COURT OF APPEALS

### 13-13-00396-CV

TEXAS DEPARTMENT OF PUBLIC SAFETY
v.
MICHAEL L. BERNOUDY JR.

On Appeal from the
201st District Court of Travis County, Texas
Trial Cause No. D-1-GN-10-001589

### JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be reversed and rendered. The Court orders the judgment of the trial court REVERSED and RENDER a judgment of dismissal. Costs of the appeal are adjudged against appellee.

We further order this decision certified below for observance.

July 17, 2014